FILED
CLERK, U.S. DISTRICT COURT

JAN 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPHETH PHOUMMANY,<br><br>          Petitioner,<br><br>   v.<br><br>LINDA SANDERS, Warden,<br><br>          Respondent. | Case No. CV 11-7610-VAP (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: January 24, 2012

                                                  VIRGINIA A. PHILLIPS
                                          UNITED STATES DISTRICT JUDGE