# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SOMPHETH PHOUMMANY,

               Petitioner,

      v.

LINDA SANDERS, Warden,

               Respondent.

Case No. CV 11-7610-VAP (JEM)

**JUDGMENT**

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED:  January 31, 2012

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE